NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0253n.06
Filed: April 4, 2005

No. 04-1638

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| METODIJA DIMOVSKI, VALENTINA DIMOVSKA, and STEFAN DIMOVSKI, )<br><br>**Petitioners-Appellants,** )<br><br>v. )<br><br>TOM RIDGE, SECRETARY OF HOMELAND SECURITY and JOHN A. MATA, FIELD DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, MIAMI, FLORIDA, )<br><br>**Respondents-Appellees.** | **ON APPEAL** FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN<br><br>**MEMORANDUM OPINION** |

BEFORE: NORRIS and BATCHELDER, Circuit Judges; and MILLS, District Judge.[*]

  PER CURIAM. Petitioners appeal from an Order of the district court dismissing their petition for a writ of habeas corpus and dissolving a temporary stay of removal.

  Having carefully considered the record on appeal, the briefs of the parties and the applicable law, we are not persuaded that the district court erred in dismissing the petition and dissolving the stay of removal.

  Because the reasoning which supports the Order has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve no useful purpose. Accordingly, the Order of the district court is affirmed upon the reasoning employed by

---

  [*]The Honorable Richard Mills, United States District Court Judge for the Central District of Illinois, sitting by designation.

that court in its Opinion and Order, dated April 13, 2004.  We note that the district court's reasoning

is buttressed by an opinion issued by the Supreme Court after the district court's opinion was filed,

*Rumsfeld v. Padilla*, 124 S.Ct. 2711 (2004).